```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Hammer Liquor, Inc., et al,<br><br>       Defendants | Case No. **2:11-cv-02612-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 22, 2011 FOR DEFENDANT WESTLANE PROPERTIES, LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Westlane Properties, LLC, by and through their respective attorneys of record, Scott N. Johnson; Quinton J. Miller, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Westlane Properties, LLC is granted an extension until December 22, 2011 to respond

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

         or otherwise plead reference to Plaintiff's complaint.

3. Defendant Westlane Properties, LLC response will be due no later than December 22, 2011.

IT IS SO STIPULATED effective as of November 21, 2011

```
Dated:  November 21, 2011          /s/Quinton J. Miller
                                   Quinton J. Miller,
                                   Attorney for Defendant
                                   Westlane Properties, LLC

Dated:  November 21, 2011          /s/Scott N. Johnson
                                   Scott N. Johnson,
                                   Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendant Westlane Properties, LLC Trust shall have until December 22, 2011 to respond to complaint.

Dated:  November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE