SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br>    Plaintiff,<br>  vs.<br>Hammer Liquor, Inc., et al,<br>    Defendants | Case No. **2:11-cv-02612-MCE-DAD**<br>**ORDER RE: REQUEST FOR DISMISSAL OF MOHAMMAD TAHIR SHEIKH**<br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant, Mohammad Tahir Sheikh, is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE